UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------------------------
# 1:11-CV-0335 (GTS/RFT) Exhibit 018
-------------------------------------------------------------------------------------------------------

Invoice to the Town of Stuyvesant from William Better for work on lawsuit against Knott Industries

WILLIAM J. BETTER, P.C.
1 ALBANY AVENUE
KINDERHOOK, NY 12106
Telephone 518-758-1511
Facsimile 518-758-1227
(fax and electronic mail service not accepted)

William J. Better
betterlaw@berk.com

Philip Sterling Meyer
pambetterlaw@fairpoint.net

# INVOICE

2012-0481

Melissa Naegli
Town Clerk
Town of Stuyvesant
5 Sunset Drive, POB 250
Stuyvesant, New York 12173

File #    3484

## ZBA

| Date | Description | Time | Amount |
|---|---|---|---|
| 3/13/2012 | Record of Proceedings, Certification of Proceedings, Notice of Motion to Dismiss ▮▮▮, WJB Affidavit ▮▮▮, Motion Complete - Sent Out | 3.71667 | 557.50 |
| 3/21/2012 | Meeting with Phil | 0.40000 | 100.00 |
| 3/21/2012 | Review Petition #1, Petition #2; Research ▮▮▮ Research ▮▮▮ Research ▮▮▮ Research ▮▮▮ Prepare Memorandum of Law (▮▮▮) & Case Law Listing | 7.83333 | 1,175.00 |
| 3/22/2012 | Telephone Conference with Ed | 0.20000 | 50.00 |
| 3/23/2012 | Review Email | 0.10000 | 25.00 |
| 3/24/2012 | Review Application | 1.00000 | 250.00 |
| 3/26/2012 | Prepare Resolution; Telephone Conference with Vic; Telephone Conference with Ennis; Review Order | 1.00000 | 250.00 |
| 3/26/2012 | Review Agenda | 0.10000 | 25.00 |
| 3/26/2012 | Review Email | 0.20000 | 50.00 |
| 3/26/2012 | Decisions Without Having a Hearing; Executive Session v Public Meeting | 2.00000 | 300.00 |
| 3/27/2012 | Revise One Resolution | 0.20000 | 50.00 |
| 3/27/2012 | Prepare Another Resolution | 0.50000 | 125.00 |
| 3/27/2012 | Go through Statutes | 0.50000 | 125.00 |
| 3/27/2012 | Prepare for, Travel to and Attend Meeting | 2.50000 | 625.00 |

**Total Current Work**    $3,707.50

**Payments/Credits Applied**    $0.00

**Balance Remaining on File**    $4,145.00

4/5/2012

# VOUCHER
## TOWN OF STUYVESANT
PO BOX 250, STUYVESANT, NY 12173
PHONE: 518-758-6248  FAX: 518-758-8077



ck 10080
4-17-12

**DEPARTMENT** _____

**Claimant's Name & Address**

William J. Better, P.C.
1 Albany Avenue
Kinderhook, NY 12106

| Voucher Number: | 102F |
|---|---|
| **Fund Appropriation** | **Amount** |
| ~~8~~ 8010.4 | 7157.90 |
| Zoning | |
| 8020.4 | |
| **Total of Voucher** | |

*Detailed invoices may be attached and totals entered on this voucher.*
*Certification below must be signed.*

| DATE | INVOICE NUMBER | QUANTITY | DESCRIPTION OF MATERIALS OR SERVICES | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 03-01-2012 through 04-05 2012 | | | please see statement and accompanying invoices | | 7,157.90 |
| | | | | **TOTAL** | 7,157.90 |

**CLAIMANT'S CERTIFICATION**

I, William J. Better, certify that the above account in the amount of $7,157.90 true and correct, that the items, services and disbursements charged were rendered to or for the Town of Stuyvesant on the dates states; that no part has been paid or satisfied; that taxes, from which the municipality is exempt, are not included; and that the amount claimed is actually die.

04/09/12
**DATE**

**SIGNATURE**

President
**TITLE**

**DEPARTMENT APPROVAL**

The above services or materials were rendered or furnished to the Municipality on the dates stated and the charges are correct.

**DATE**    **SIGNATURE**

**APPROVAL FOR PAYMENT**
This claim is approved and ordered paid from the Appropriations indicated above.