UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------------------------

# 1:11-CV-0335 (GTS/RFT) Exhibit 022

-------------------------------------------------------------------------------------------------------

William Better invoice to Stuyvesant for work on suit against Narzinsky

**WILLIAM J. BETTER, P.C.**
1 ALBANY AVENUE
KINDERHOOK, NY 12106
Telephone 518-758-1511
Facsimile 518-758-1227
*(fax and electronic mail service not accepted)*

William J. Better
betterlaw@berk.com

Philip Sterling Meyer
psmbetterlaw@fairpoint.net

# INVOICE

2012-0333

Melissa Naegli
Town Clerk
Town of Stuyvesant
5 Sunset Drive, POB 250
Stuyvesant, New York 12173

File #   3494

## Narzynski - ZBA Litigation

| Date | Description | Time | Amount |
|---|---|---|---|
| 2/13/2012 | Review Petition; Reviewed Case Law Cited by Pflaum, William in His Petition | 1.16667 | 175.00 |
| 2/22/2012 | Telephone Conference with Ron | 0.20000 | 50.00 |
| 2/23/2012 | Telephone Conference with Ron (2) | 0.40000 | 100.00 |
| 2/23/2012 | Telephone Conference with Peter Lynch | 0.50000 | 125.00 |
| 2/24/2012 | Telephone Conference with Ron | 0.20000 | 50.00 |
| 2/26/2012 | Telephone Conference with Ron | 0.20000 | 50.00 |
| 2/26/2012 | Work On (Review) Petition and Work on Answer | 1.00000 | 250.00 |
| 2/27/2012 | Telephone Conference with Ron (2); Telephone Conference with Peter (2); Dictate Letter | 1.00000 | 250.00 |
| 2/28/2012 | Review Petition; Reviewed Exhibits Attached to Petition; Research ▓▓▓ | 4.58333 | 687.50 |
| 2/29/2012 | Prepare Letter; Review Letter | 0.25000 | 62.50 |
| 2/29/2012 | Writ of Mandamus, ▓▓▓ Prepare First Draft of Motion to Dismiss ▓▓▓ | 7.83333 | 1,175.00 |
| 3/1/2012 | ▓▓▓ Motion to Dismiss; Research ▓▓▓ Affidavits in Relation to Motion; ▓▓▓; Met with WJB - Discuss ▓▓▓ Prepare Notice of Motion to Dismiss | 6.25000 | 937.50 |
| 3/1/2012 | Review Notice of Motion & Affidavit | 1.50000 | 375.00 |
| 3/2/2012 | Affidavit William Vick; Prepare Affidavit Gerald Ennis; Research ▓▓▓ Motion to Dismiss ▓▓▓ | 6.58333 | 987.50 |
| 3/2/2012 | Meeting with Richard re: ▓▓▓ | 0.75000 | 187.50 |
| 3/5/2012 | ▓▓▓ WJB Affidavit (▓▓▓); ▓▓▓ Existing Sections and Citations; ▓▓▓ | 4.66667 | 700.00 |
| 3/5/2012 | Telephone Conference with Ron | 0.20000 | 50.00 |
| 3/5/2012 | Review Affidavits; Memo | 1.50000 | 375.00 |

**Total Current Work**

**Payments/Credits Applied**

**Balance Remaining on File**

3/8/2012

Page 21

**WILLIAM J. BETTER, P.C.**
1 ALBANY AVENUE
KINDERHOOK, NY 12106
Telephone 518-758-1511
Facsimile 518-758-1227
*(fax and electronic mail service not accepted)*

William J. Better
betterlaw@berk.com

Philip Sterling Meyer
psmbetterlaw@fairpoint.net

# INVOICE

2012-0333

File #   3494

Melissa Naegli
Town Clerk
Town of Stuyvesant
5 Sunset Drive, POB 250
Stuyvesant, New York 12173

## Narzynski - ZBA Litigation

| Date | Description | Time | Amount |
|---|---|---|---|
| 3/6/2012 | Review ▓ Affidavit - Reviewed Chanages/Edits ▓▓▓▓▓▓▓▓▓▓▓▓▓; (ENNIS AFFIDAVIT) ▓▓▓▓▓▓▓; Reviewed Pflaum's Argument in Petition ▓▓▓ / Reviewed Exhibits Attached: ▓▓ | 7.58333 | 1,137.50 |
| 3/7/2012 | Telephone Conference with Ron | 0.20000 | 50.00 |
| 3/7/2012 | (▓▓▓▓▓▓▓); Reviewed the ZBA Minutes ▓▓▓▓▓▓ Reviewed the Resolution in 2011 ▓▓▓▓▓▓▓ Research ▓▓▓▓ | 4.50000 | 675.00 |

**Total Current Work**      $8,450.00

**Payments/Credits Applied**      $-7,450.00

**Balance Remaining on File**      $7,157.90

**WILLIAM J. BETTER, P.C.**
1 ALBANY AVENUE
KINDERHOOK, NY 12106
Telephone 518-758-1511
Facsimile 518-758-1227
*(fax and electronic mail service not accepted)*

William J. Better
betterlaw@berk.com

Philip Sterling Meyer
psmbetterlaw@fairpoint.net

# INVOICE

2012-0480

Melissa Naegli
Town Clerk
Town of Stuyvesant
5 Sunset Drive, POB 250
Stuyvesant, New York 12173

File #  3494

## Narzynski - ZBA Litigation

| Date | Description | Time | Amount |
|---|---|---|---|
| 3/8/2012 | eeting with Phil | 0.20000 | 50.00 |
| 3/8/2012 | Notice of Motion; Prepare Citations in WJB Affidavit; Summary / Conclusion; ▓▓▓▓ ▓▓▓▓▓▓▓ts; Research ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ / ▓▓▓▓▓▓▓▓▓▓▓▓ | 3.75000 | 562.50 |
| 3/9/2012 | Review Draft Docs; Meeting with Phil | 1.00000 | 250.00 |
| 3/9/2012 | Dictate Memo | 0.20000 | 50.00 |
| 3/9/2012 | Finalize Respondent's Motion to Dismiss the Petition: (1) Notice of Motion; (2) WJB Aff; (3) Gerald Ennis Aff; (4) William Vick Aff; Sent Affidavits to be Reviewed and Signed; WJB to Review | 6.16667 | 925.00 |
| 3/12/2012 | Email from William Vick; Read Over / Reviewed the Finalized Motion Papers (▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓); Talked with Bill | 1.08333 | 162.50 |
| 3/12/2012 | Telephone Conference with Ron; Email Bill Vick | 0.40000 | 100.00 |
| 3/12/2012 | Work On (▓▓▓▓▓▓) Affidavit | 1.00000 | 250.00 |
| 3/12/2012 | Travel to Town Hall and Meet with Officials | 0.60000 | 150.00 |
| 3/13/2012 | Meeting with Ron; Review Affidavit; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.50000 | 375.00 |
| 3/13/2012 | Telephone Conference with Ron; Telephone Conference with Melissa | 0.40000 | 100.00 |
| 3/13/2012 | Meeting with Melissa at Town Hall | 0.40000 | 100.00 |
| 3/13/2012 | Work On (File) | 0.75000 | 187.50 |
| 3/13/2012 | Record of Proceedings, Certification of Proceedings, Notice of Motion to Dismiss (with Revisions), WJB Affidavit (▓▓▓▓▓▓▓▓▓); Motion Complete - Sent Out | 3.71667 | 557.50 |
| 3/19/2012 | Dictate Letter | 0.10000 | 25.00 |
| 3/21/2012 | Telephone Conference with Melissa | 0.20000 | 50.00 |
| 3/27/2012 | Review Response; Meeting with Phil; Telephone Conference with Ron | 0.95000 | 237.50 |
| 3/27/2012 | Review Response; Meeting with Phil; Telephone Conference with Ron | 0.95000 | 237.50 |
| 3/27/2012 | Review Pflaum Reply Affidavit; Prepare Outline Arguments | 5.25000 | 787.50 |
| 3/28/2012 | Review and Modify Affidavit | 0.50000 | 125.00 |
| 3/28/2012 | Review Pflaum Reply Affidavit; Prepare Sur-Reply Affidavit (Naegeli); She Signed Affidavit; Prepare Sur-Reply Affidavit WJB | 5.58333 | 837.50 |

**Total Current Work** $6,120.00

**Payments/Credits Applied** $0.00

**Balance Remaining on File** $7,157.90

4/5/2012

Page 23