UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------------------------

---------------------------------------------------------------------------------------------------
# 1:11-CV-0335 (GTS/RFT) Exhibit 042
---------------------------------------------------------------------------------------------------

Invoice for sound proofing

Business data

Distances from dog kennel

Map of neighborhood

FJ Macchiaroli &
Bryan Shook
Contracting
518-755-1728

**CONTRACTORS INVOICE**

WORK PERFORMED AT:
3 Rylan Road
Work performed to Soundproof
Kennel from dog noise

Bill Pilsum

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|

**DESCRIPTION OF WORK PERFORMED**

Sun 6/28 = 3.0 hrs (x2) = 6.0 hrs — 
Thu 4/2 = 6.0 hr (x2) = 15.0 hrs — Grew 5' fence (x3) w/ Posh UV plants
Fri 6/4 = 2.5 hr (x2) = 5.0 hrs —
Tue 6/8 = 3.5 hrs (x2) = 7.0 hrs — Repair barn door & install
Wed 6/9 = 7.0 hr (x2) = 14.0 hrs — Ventilation fans, doors on barn (steel)
Fri 8/11 = 6.0 hr (x2) = 12.0 hrs —
Wed 8/4 = 7.5 hrs (x2) = 15.0 hrs — Build Pen for Frankie (loud dog)
Fri 9/17 = 5.5 hrs (x2) = 11.0 hrs — Fence Reinforcing
Mon 9/20 = 8.0 hrs (x2) = 16.0 hrs — Install more fans to compensate for lack of circulation from steel doors

Total = 106 man hours → $3,710.00

**Materials**
| Date | Vendor | Amount |
|---|---|---|
| 3/28 | Ghent Wood | $438.05 |
| 4/2 | Herringtons | 49.19 |
| 6/8 | Lowes | 67.73 |
| 6/9 | Lowes | 133.01 |
| 6/11 | Lowes | 44.09 |
| 8/4 | Lowes | 98.04 |
| 9/17 | Herrington | 17.23 |
| 9/17 | Ghent Wood | 84.24 |
| 9/20 | Lowes | 124.04 |
| | Material total = | $1055.62 |

Total labor = $3,710.00
Total Materials = $1,055.62

Total = $4,765.62

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ _____).

This is a ☐ Partial ☐ Full invoice due and payable by: ___ Month ___ Day ___ Year
In accordance with our ☐ Agreement ☐ Proposal No. ___ Dated ___ Month ___ Day ___ Year

NC3622

**CONTRACTORS INVOICE**

45

TOSZBA 00357

## LYNCH & HETMAN, PLLC
Attorneys and Counselors at Law

111 State Street, First Floor
Albany, New York 12207

Telephone (518) 463-1252
Fax (518) 463-1255*

*SERVICE BY FAX NOT ACCEPTED

PETER A. LYNCH, ESQ.*
STEHLE HETMAN, ESQ.

*ADMITTED TO PRACTICE LAW
IN FLORIDA AND NEW YORK

DONALD L. LYNCH, ESQ.
OF COUNSEL TO THE FIRM
(1988 – 1994)

June 22, 2011

Shirley Narzynski, Secretary to the Board
Stuyvesant Town Hall
5 Sunset Drive
Stuyvesant, New York 12173              First Class and E-Mail

Re: Will Pflaum (Glencadia Dog Camp)
    Zoning Board Meeting Date: July 19, 2011 @ 7:00 P.M.

Dear Shirley:

As a follow up to the ZBA meeting last night, enclosed, please find the following:

1. Monthly Summary of the Number of Dogs at the Glencadia Dog Camp from 2007 to 20011;
2. Letter Report of Dr. Ning Xiang dated may 23, 2011, confirming the findings set forth in the Report of Ken Andria of Acoustic Dimension (which I tendered to the ZBA last night);
3. Letter report of Dr. Ernst Warsitz dated May 20, 2011 confirming the findings set forth in the Report of Ken Andria of Acoustic Dimension.

In fine, Ken Andria, Markku Jaaskelainen, Ernst Warsitz and Ning Xiang are all published, professional scientists working at the highest levels of their disciplines ranging from work at major universities to internationally recognized firms with fortune 500 clients. They all work in acoustics, engineering and physics. Their respective opinions clearly evidence that that the Glencadia Dog Camp simply does not produce "unusual...noise" that exceeds those noises produced by a residence (see Ordinance Section 7, page 27, item 7).

Please consider this letter a FOIL request for the file that the ZEO provided to the Board last night. Next, we also request a copy of Dave Everett's letter that was filed with the Board last night. I remain,

Very Truly Yours
LYNCH & HETMAN, PLLC

PETER A. LYNCH, ESQ.

Cc  Whiteman Osterman & Hanna, LLP
    Attn: David R. Everett, Esq. via e-mail

    Will Pflaum via e-mail

TOSZBA 00299

:: DOG(S) GRAPH FOR 2007 ::   [2007 ⇕]

| Month | Dog(s) | Graph | % |
|---|---|---|---|
| Jan | 0 | ▎ | 0.00 |
| Feb | 0 | ▎ | 0.00 |
| Mar | 25 | ▪ | 3.83 |
| Apr | 46 | ▪ | 7.04 |
| May | 63 | ▪ | 9.65 |
| Jun | 73 | ▪ | 11.18 |
| Jul | 81 | ▪ | 12.40 |
| Aug | 120 | ▪ | 18.38 |
| Sep | 37 | ▪ | 5.67 |
| Oct | 53 | ▪ | 8.12 |
| Nov | 57 | ▪ | 8.73 |
| Dec | 88 | ▪ | 13.48 |

TOSZBA 00300

:: DOG(S) GRAPH FOR 2008 ::                                                              2008 ▲▼

| Month | Dog(s) | Graph | % |
|---|---|---|---|
| Jan | 39 | ▪ | 5.85 |
| Feb | 50 | ▪ | 7.50 |
| Mar | 50 | ▪ | 7.50 |
| Apr | 41 | ▪ | 6.15 |
| May | 42 | ▪ | 6.30 |
| Jun | 63 | ▪ | 9.45 |
| Jul | 94 | ▪ | 14.09 |
| Aug | 83 | ▪ | 12.44 |
| Sep | 36 | ▪ | 5.40 |
| Oct | 43 | ▪ | 6.45 |
| Nov | 47 | ▪ | 7.05 |
| Dec | 74 | ▪ | 11.09 |

TOSZBA 00301

## :: DOG(S) GRAPH FOR 2009 ::

2009

| Month | Dog(s) | Graph | % |
|---|---|---|---|
| Jan | 30 | ▮ | 4.33 |
| Feb | 43 | ▮ | 6.20 |
| Mar | 28 | ▮ | 4.04 |
| Apr | 37 | ▮ | 5.34 |
| May | 44 | ▮ | 6.35 |
| Jun | 69 | ▮ | 9.96 |
| Jul | 96 | ▮ | 13.85 |
| Aug | 80 | ▮ | 11.54 |
| Sep | 51 | ▮ | 7.36 |
| Oct | 46 | ▮ | 6.64 |
| Nov | 73 | ▮ | 10.53 |
| Dec | 96 | ▮ | 13.85 |

TOSZBA 00302

## :: DOG(S) GRAPH FOR 2010 ::

2010

| Month | Dog(s) | Graph | % |
|---|---|---|---|
| Jan | 29 | ▪ | 3.64 |
| Feb | 64 | ■ | 8.03 |
| Mar | 55 | ■ | 6.90 |
| Apr | 53 | ■ | 6.65 |
| May | 66 | ■ | 8.28 |
| Jun | 68 | ■ | 8.53 |
| Jul | 99 | ■ | 12.42 |
| Aug | 95 | ■ | 11.92 |
| Sep | 68 | ■ | 8.53 |
| Oct | 44 | ■ | 5.52 |
| Nov | 60 | ■ | 7.53 |
| Dec | 96 | ■ | 12.05 |

TOSZBA 00303

:: DOG(S) GRAPH FOR 2011 :: [2011]

| Month | Dog(s) | Graph | % |
|---|---|---|---|
| Jan | 45 | | 23.81 |
| Feb | 65 | | 34.39 |
| Mar | 42 | | 22.22 |
| Apr | 30 | | 15.87 |
| May | 2 | | 1.06 |
| Jun | 2 | | 1.06 |
| Jul | 0 | | 0.00 |
| Aug | 0 | | 0.00 |
| Sep | 0 | | 0.00 |
| Oct | 2 | | 1.06 |
| Nov | 0 | | 0.00 |
| Dec | 1 | | 0.53 |



TOSZBA 00304



"For verily I say unto you, till heaven and earth pass, one jot or one title shall in no wise pass from the law, till all be fulfilled."

---

WEDNESDAY, MARCH 30, 2011

## distance and date

Based on GSP hiker/outdoor app on ipad:
(MotionX-GPS "Use to navigate and record tracks and waypoints during outdoor activities such as hiking, sailing, or geocaching.")
Opponents:
Yerick/Platt distance from barn: 347 yards/1,041 feet
Rybka distance from barn: 520 yards/1,560 feet
Tuzcinski distance from barn: 538 yards/1,614 feet
Kline distance from barn: 539 yards/1,617 feet
Scrhom distance from barn: 787 yards/2,361 feet
Hewig distance from barn: .79 mile
Hillenbrant distance from barn: in excess of one mile

Supporters:
Campbell distance from barn: 50 yards/150 feet
Vlad distance from barn: 464 yards/1,392 feet
Pickwick distance from barn: 453 yards/1,359 feet
Reddy distance from barn: 457 yards/1,371 feet
Culver distance from barn: 550 yards/1,650 feet
Lebe /Reynolds distance from barn: 605 yards/1,815 feet
Phyllis distance from barn: 550 yards/1,650 feet
Gibbs distance from barn: 476 yards/1,428 feet
Pilkerton distance from barn: 680 yards/2,040 feet
There are many other letters of support from people who spend time at the facility for various reasons.

I have uploaded a large JPG map of the area.
http://wikicoco.com/file/view/map2.jpg/215302358/map2.jpg

Dates:

I now move to **dates**.
Here is a timeline of my business:
http://wikicoco.com/file/view/TIMELINE.pdf/211637494/TIMELINE.pdf

The reason dates are critical are to establish that 1) at the time Gerry Ennis revoked my permit, no one had complained in writing and two people (households) had complained by phone; 2) that the claim that the barking started in Fall 2009 is baseless.

The two complaints prior to the act (revocation) that produced the appeal which lead to the negotiations that lead to the planning board were from Yerick/Platt and Kline.

Mary Kline's complaint, by her own admission on three occasions, was manufactured by Gerry Ennis. She called him and said she heard dogs. He told her that my dog camp existed and that I was the source of her problem. She lives more than 1500 feet away from my facility. She claims that the barking problem started suddenly in Fall 2009 such that she cannot sleep. Her letters contain irreverent personal attacks remarks.

---

**COLUMBIA COUNTY NEWS HEADLINE ANIMATOR**



↑ Grab this Headline Animator

**columbiacounty wiki**

Yesterday
District Attorney Race 2011
copake bike path issue
Audits in New Lebanon and Clermont
Local Ethic Enforcement in New York
FOIL in Stuyvesant
May 3, 2011



**FOLLOWERS**

Follow
with Google Friend Connect

**Followers (5)**




Already a member? Sign in       

**BLOG ARCHIVE**

▼ 2011 (37)
  ► May (7)
  ► April (9)
  ▼ March (9)
     hi folks
     bunch of hicks
     distance and date
     last night at the planning board

